**JS-6**

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edwin Figueroa,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>Deltapan No. 6, Inc., et al.,<br><br>　　　Defendants. | Case No. 5:13-cv-01427-VAP-SP<br><br>**Order re: Joint Stipulation for Dismissal** |

　　　Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendants Deltapan No. 6, Inc. dba IHOP #930; Raymond M. Podesta, Trustee of the Podesta Family Trust; and Christine Podesta, Trustee of the Podesta Family Trust,

　　　IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: January 7, 2014

*Virginia A. Phillips*
United States District Judge